EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 8 2004

at __ o'clock and __ min. __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     vs.<br><br>MAX LEONARD MONROE,<br><br>               Defendant. | CR. NO. CR04-00312 SOM<br><br>INDICTMENT<br><br>Count 1: 18 U.S.C. §§<br>  922(g)(1) & 924(a)(2)<br>Count 2: 18 U.S.C. §§<br>  922(g)(3) & 924(a)(2) |

<u>INDICTMENT</u>

<u>COUNT 1</u>
(18 U.S.C. §§ 922(g)(1) & 924(a)(2))

The Grand Jury charges that:

On or about August 4, 2004, in the District of Hawaii, the defendant MAX LEONARD MONROE, having been previously convicted of a crime punishable by a term of imprisonment of greater than one year, did knowingly possess in and affecting commerce firearms and ammunition, to wit, a Mossberg, Model 500A, 12-gauge shotgun, serial number J973683 with forty-nine rounds of

12-gauge ammunition and a Colt, Model Combat Commander, .45 caliber pistol, serial number 70BS93551 and fifty-four rounds of .45 caliber ammunition, with both firearms and all the ammunition having been manufactured outside the State of Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 2
(18 U.S.C. §§ 922(g)(3) & 924(a)(2))

The Grand Jury further charges that:

On or about August 4, 2004, in the District of Hawaii, the defendant MAX LEONARD MONROE, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce firearms and ammunition, to wit, a Mossberg, Model 500A, 12-gauge shotgun, serial number J973683 with forty-nine rounds of 12-gauge ammunition and a Colt, Model Combat Commander, .45 caliber pistol, serial number 70BS93551 and fifty-four rounds of .45 caliber ammunition, with both firearms and all the ammunition having been manufactured outside the State of Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

### Sentencing Allegations

1) As to both counts charged above, and in violation of section 2K2.1(b)(5) of the United States Sentencing Guidelines, the defendant MAX LEONARD MONROE possessed the firearms and ammunition in connection with two other felony offenses, that is, the Promotion of Dangerous Drugs III, in violation of Hawaii

Revised Statutes Section 712-1243 and Prohibited Acts Related to Drug Paraphernalia, in violation of Hawaii Revised Statutes Section 329-43.5; and

    2) As to both counts charged above, and in violation of section 2K2.1(b)(4) of the United States Sentencing Guidelines, the Colt .45 caliber pistol was stolen.

    DATED: __Aug. 18, 2004__, at Honolulu, Hawaii.

    A TRUE BILL

    /S/

    FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_/s/ Ronald G. Johnson_
RONALD G. JOHNSON
Assistant U.S. Attorney

_/s/ Marshall H. Silverberg_
MARSHALL H. SILVERBERG
Assistant U.S. Attorney


UNITED STATES v. MAX LEONARD MONROE
Cr. No.          (Indictment)