# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/17/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00312SOM |
| CASE NAME: | USA vs. Max Leonard Monroe |
| ATTYS FOR PLA: | Marshall Silverberg |
| | Gery Graham (ATF) |
| ATTYS FOR DEFT: | Donna Gray |
| | Ellie Asasaki (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Sharon Ross |
| DATE: | 1/17/2006 | TIME: | 2:15 - 2:55 |

COURT ACTION: EP: Sentencing to Counts 1 and 2 of the Indictment -

Defendant Max Leonard Monroe present.

Court adopts the PSR, and it is filed under seal along with the USPO's recommendations.

Allocution by the Defendant.

ADJUDGED:

Imprisonment: 15 Months as to each of Counts 1 and 2, all terms to run concurrently.

Supervised Release: 3 Years as to each of Counts 1 and 2, all terms to run concurrently.

Special Assessment: $200.00 ($100.00 as to each count).

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter. The defendant to submit up to a maximum of one valid drug test per day as directed by the Probation Office.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

- That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

- That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

- That the defendant is prohibited from the possession and use of alcohol.

> That the defendant shall continue to participate in all aspects of his individual service plan as directed by the Kapiolani Child Protection Center, at the discretion and direction of the Probation Office.

Defendant advised of his right to appeal.

JUDICIAL RECOMMENDATIONS: 1) FDC Honolulu; 2) Drug Treatment; 3) Mental Health Treatment; 4) Educational and Vocational Training.

Mittimus is stayed until 2/21/06.

Defendant to self surrender @ 10:00 a.m. 2/21/06 at FDC Honolulu.

If the defendant is not designated to the FDC Honolulu, he will self surrender @ 10:00 a.m. 2/21/06 at the facility designated by the BOP. The time is the time at the facility.

Submitted by: Toni Fujinaga, Courtroom Manager.