AO 442 (Rev. 3/99) Warrant for Arrest                    ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 26 2007

at __ o'clock and ____ __M.
SUE BEITIA, CLERK

AUG 06 2004

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

UNITED STATES OF AMERICA

V.                                                              **WARRANT FOR ARREST**

MAX LEONARD MONROE

CASE NUMBER: Mag. No. 04-558 BMK

To: The United State Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        MAX LEONARD MONROE

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

BEING A FELON IN POSSESSION OF A FIREARM AND AMMUNITION.

in violation of Title 18 United States Code, Section(s) 922(g)(1).

BARRY M. KURREN                                  United States Magistrate Judge
Name of Issuing Officer                          Title of Issuing Officer

[signature]                                      August 5, 2004        Honolulu, HI
Signature of Issuing Officer                     Date and Location

                                                 [signature]
Bail fixed at $  TO BE DETERMINED                United States Magistrate Judge
                                                 Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED 1-17-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1-17-06 | Colaces Dana, S/A | [signature] |